# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Jose Luis FLORES-Garzon

AKA:
IAE          YOB: 1982
Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19-1042-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 7, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On May 7, 2019, Jose Luis FLORES-Garzon a citizen of Mexico was encountered and arrested by Immigration Officers with the Harlingen Fugitive Operations Unit in Edinburg, Texas. Record checks revealed the defendant was formally removed from the United States to Mexico on December 26, 2018 via the Laredo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about January 28, 2019 by wading the Rio Grande River at or near Rio Grande City, Texas. On January 23, 2015, the defendant was convicted of 8 USC 1326 alien unlawfully found in the United States after previous deportation and sentenced to fifty seven (57) months to the custody of the United States Bureau of Prisons.

Approved Michael Mitchell 5-9-19

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Complaint approved by AUSA _____

**Signature of Complainant**

**Ernesto Alvarado     Deportation Officer**
Printed Name and Title of Complainant

Sworn to before me and subscribed in my presence,

May 9, 2019     8:14 am     at   McAllen, Texas
Date                                     City and State

**Peter E. Ormsby     U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer